

Case 1:16-cv-08777-PGG   Document 44   Filed 10/12/18   Page 1 of 1
Case 1:16-cv-08777-PGG   Document 43   Filed 10/03/18   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  10/12/18
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TECHGURU CONSULTANTS, INC.<br><br>And<br><br>ALEXANDER LITZ,<br>Plaintiffs,<br><br>v.<br><br>TECH GURU, LLC<br><br>Defendants. | Case No. 1:16-cv-08777<br><br>**JUDGE GARDEPHE**<br><br>**MAGISTRATE JUDGE FREEMAN**<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS** |

Jason P. Sultzer, hereby moves this Court under Local Civil Rule 1.4 to withdraw as counsel of record for plaintiffs. The grounds for this motion are set forth in the accompanying affidavit of Jason P. Sultzer.

Dated: October 3, 2018

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  10/12/18
```

Respectfully submitted,

THE SULTZER LAW GROUP P.C.

By: /s/ Jason P. Sultzer
Jason P. Sultzer, Esq.
85 Civic Center Plaza, Suite 104
Poughkeepsie, NY 12601
Tel: (845) 483-7100
Fax: (888) 749-7747
Email: sultzerj@thesultzerlawgroup.com
*Attorneys for Plaintiffs*

MEMO ENDORSED

The Application is granted. The Clerk will terminate Dkt. Nos. 42, 43.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.
Dated: Oct. 12, 2018