USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/18

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TECHGURU CONSULTANTS, INC. | Case No. 1:16-cv-08777 |
| And | **JUDGE GARDEPHE** |
| ALEXANDER LITZ, Plaintiffs, | **MAGISTRATE JUDGE FREEMAN** |
| v. | **MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS** |
| TECH GURU, LLC Defendants. | |

Joseph Lipari, hereby moves this Court under Local Civil Rule 1.4 to withdraw as counsel of record for plaintiffs. The grounds for this motion are set forth in the accompanying affidavit of Joseph Lipari.

Dated: October 3, 2018

Respectfully submitted,

**THE SULTZER LAW GROUP P.C.**

By: /s/ Joseph Lipari
Joseph Lipari, Esq.
14 Wall Street, 20th Floor
New York, NY 10005
Tel: (212) 618-1938
Fax: (888) 749-7747
Email: liparij@thesultzerlawgroup.com
*Attorneys for Plaintiffs*

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*Paul R Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: Oct 12, 2018