

**LEVI | PAUL**

Levi Paul LLP
5911 Riverdale Avenue
Bronx, New York 10471

**ALBERT M. LEVI, ESQ.**
Partner

✉ albert@levipaul.com
📞 (917) 254 2841
🌐 www.levipaul.com

December 3, 2018

**VIA ECF AND REGULAR MAIL**
Hon. Paul G. Gardephe, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 705
New York, NY 10007

Re: <u>TechGuru Consultants, Inc. et al. v.<br>Tech Guru, LLC, Case No. 1:16-cv-08777</u>

Dear Judge Gardephe:

  This firm represents Plaintiffs Alexander Litz and TechGuru Consultants, Inc. in the above-refenced litigation. We write this letter with the consent of counsel for Defendant Tech Guru, LLC to request a ninety (90) day extension of the deadlines set forth in this Court's most recent Case Management Order dated September 7, 2018. Currently, fact discovery is to be completed by December 31, 2018 and expert discovery is to be completed by February 7, 2019. This is the parties' first formal request for an extension of these deadlines, though this Court previously extended the deadlines set forth in the initial Case Management Plan and Scheduling Order at the Interim Pretrial Conference held on September 6, 2018.

  On October 3, 2018, one month after the operative Case Management Order was entered, this firm first appeared as Plaintiffs' counsel, shortly after Plaintiffs' prior counsel withdrew from the case. As incoming attorneys, we have made progress with the cooperation of Defendant's counsel. We have exchanged written discovery and initial sets of documents, though we anticipate a supplemental production by the sides may be required. Moreover, a draft written settlement agreement is currently under review by Defendant's counsel. We request an extension of the current discovery deadlines in order to pursue settlement discussions, complete our review of the initial documents, and attempt to avoid the expense of out-of-state depositions and retention of experts which would be required to comply with the current deadlines.

  Please find enclosed a proposed Case Management Plan with an adjusted fact discovery deadline of March 29, 2019 and an expert discovery deadline of May 10, 2019. We also adjusted the deadlines for expert disclosures and pre-motion letters accordingly. We are happy to provide any additional information the Court may require. Thank you for your consideration in this matter.

                Respectfully Submitted,

                */s/ Albert M. Levi*

                Albert M. Levi, Esq.

Cc: All counsel of record (via ECF).