UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TECHGURU CONSULTANTS, INC., et al.,

                Plaintiffs,

      - against -

TECH GURU, LLC, et al.,

                Defendants.

**ORDER**

16 Civ. 8777 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that Plaintiff will have until **April 29, 2020** to file any reply to Defendant's opposition (Dkt. No. 61).

Dated: New York, New York
       April 22, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge