UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TechGuru Consultants, Inc., and Alexander Litz,<br>　　　　　　Plaintiffs,<br>　-against-<br><br>Tech Guru, LLC<br>　　　　　　Defendant | 1:16-cv-08777-PGG<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Sergei Orel, Esquire, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Tech TechGuru Consultants, Inc., and Alexander Litz, Plaintiffs in the above-captioned action.

I am in good standing of the bar of the State of New Jersey and there are no pending disciplinary proceedings against me in any federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

I have requested a Certificate of Good Standing from New Jersey Board of Bar Examiners, and am waiting to receive the same, and will file the same with this Honorable Court once it has arrived. It is respectfully requested that this Motion be held in abeyance, pending receipt and filing of the said Certificate of Good Standing.

Dated: May 8, 2020　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　Applicant Signature: _[signature]_
　　　　　　　　　　　　　　　Applicant's Name:　Sergei Orel
　　　　　　　　　　　　　　　Firm Name:　Gearhart Law LLC
　　　　　　　　　　　　　　　Address:　41 River Road
　　　　　　　　　　　　　　　City/State/Zip:　Union, New Jersey 07901
　　　　　　　　　　　　　　　Telephone/Fax: 908-273-0700
　　　　　　　　　　　　　　　Email:　sorel@gearhartlaw.com