UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

TechGuru Consultants, Inc., and
Alexander Litz,
                Plaintiffs,
    -against-

Tech Guru, LLC
                Defendant

1:16-cv-08777-PGG

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

---

I, Sergei Orel, Esquire, hereby declare under penalty as follows:

1.     I am a duly licensed attorney admitted to practice, and currently in good standing, with the Bar of the State of New Jersey and there are no pending disciplinary proceedings against me in any federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

2.     I have requested a Certificate of Good Standing from New Jersey Board of Bar Examiners, and am waiting to receive the same, and will file the same with this Honorable Court once it has arrived. It is respectfully requested that the attached present Motion for Admission *Pro Hac Vice* be held in abeyance, pending receipt and filing of the said Certificate of Good Standing.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 8, 2020

Respectfully Submitted,

Applicant Signature: _____

Applicant's Name:  Sergei Orel

Firm Name:  Gearhart Law LLC

Address:  41 River Road

City/State/Zip:  Union, New Jersey 07901

Telephone/Fax: 908-273-0700

Email:  sorel@gearhartlaw.com