UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

TechGuru Consultants, Inc., and
Alexander Litz,
                Plaintiffs,
   -against-

Tech Guru, LLC
                Defendant

1:16-cv-08777-PGG

**ORDER FOR ADMISSION PRO HAC VICE**

---

The motion of Sergei Orel, Esquire, for admission to practice Pro Hac Vice in the above-captioned action is hereby granted.

Applicant has declared under penalty that he is a duly licensed attorney admitted to practice, and currently in good standing, with the Bar of the State of New Jersey and that his contact information is as follows:

    Applicant's Name:____Sergei Orel_____
    Firm Name:__Gearhart Law LLC_____
    Address:__41 River Road_____
    City/State/Zip:___Union, New Jersey 07901_____
    Telephone/Fax:_908-273-0700_____
    Email:__sorel@gearhartlaw.com_____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for TechGuru Consultants, Inc., and Alexander Litz, the Plaintiffs in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above caption case in the United District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                      _____

                                                                              United States District/Magistrate Judge